WATERLOOV GUTTER PROTECTION SYSTEMS CO., INC., Plaintiff/Counterclaim Defendant–Appellee,

and

Richard L. Kuhns, Counterclaim Defendant–Appellee,

v.

ABSOLUTE GUTTER PROTECTION, L.L.C., Charles Knight, William Gumpper, Gumpper's Gutter Service, Ray Vandergrift, Nelson Sensenig, Millway Home Improvements, L.L.C., and White Oak MFG, L.L.C., Defendants/Counterclaimants–Appellants,

and

Aqua Flow Gutter Protection Systems Company, Defendant–Appellant.

No. 02–1252.

United States Court of Appeals, Federal Circuit.

June 12, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).